UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                          :
                                                 :
STUART MILLS DAVENPORT,                          :     Case No. 15-00540
                                                 :     Chapter 7
                Debtor.                          :
_____:

## NOTICE OF TIME TO OBJECT TO DEBTOR'S
## OBJECTION TO CLAIM OF BABAK DJOURABCHI AND MONICA WELT

The Debtor, Stuart Mills Davenport, has filed an Objection (the "Objection") to your claim in this bankruptcy case.

Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)  If you do not want the Court to reduce, modify, or eliminate your claim, or if you want the Court to consider your views on the Objection, then: on or before January 29, 2015, you or your attorney must file with the Court a written opposition to the objection to your claim and a proposed Order under Local Bankruptcy Rule 9072-1. The opposition and proposed order must be filed with the Clerk of the Bankruptcy Court, E. Barrett Prettyman U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001.  You may append affidavits, documents, and other evidence you wish to attach in support of your claim.  If you mail your opposition to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy of your objection to:

    Jeffrey M. Orenstein, Esq.
    Goren, Wolff & Orenstein, LLC
    15245 Shady Grove Road
    Suite 465
    Rockville, Maryland 20850

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Objection and may enter an order granting relief. The Court may sustain the Objection without a hearing if the opposition filed states inadequate grounds for overruling the Objection.

>*/s/ Jeffrey M. Orenstein.*
> Jeffrey M. Orenstein, Esq.
> Goren, Wolff & Orenstein, LLC
> Shady Grove Plaza
> 15245 Shady Grove Road
> Suite 465
> Rockville, Maryland 20850
> (301) 984-6266
> jorenstein@gwolaw.com
>
> Counsel for the Debtor

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Opportunity to Object, together with copies of the Objection and proposed Order, was served via first class United States Mail, postage prepaid, to the following.

> Babak Djourabchi
> 3459 Holmead Pl., N.W.
> Washington, D.C. 20010
> [CERTIFIED DELIVERY-RETURN RECEIPT REQUESTED]
>
> Monica Welt
> 3459 Holmead Pl., N.W.
> Washington, D.C. 20010
> [CERTIFIED DELIVERY-RETURN RECEIPT REQUESTED]
>
> Joel Aronson, Esq.
> 6411 Ivy Lane, Suite 405
> Greenbelt, Maryland 20770
>
> Cynthia A. Niklaas, Chapter 13 Trustee
> 4545 42nd Street, N.W.
> Suite 211
> Washington, D.C.   20016
>
> United States Trustee
> 115 South Union St.
> Suite 210 Plaza Level
> Alexandria, VA 22314

December 30, 2015              */s/Jeffrey M. Orenstein*              .
                               Jeffrey M. Orenstein