## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **In re:**                                    ) | |
|                                                      ) | |
| **STUART MILLS DAVENPORT,**    ) | **Case No. 15-00540-SMT** |
|                                                      ) | **(Chapter 13)** |
| **Debtor.**                            ) | |

### AMENDED[1] NOTICE OF OPPORTUNITY TO OBJECT TO MOTION TO SUPPLEMENT RECORD IN OPPOSITION TO MOTION TO MODIFY PLAN AND FOR ALLOWANCE OF FEES

Please take notice that on May 27, 2019, Monica Welt and Babak Djourabchi ("Creditors") filed their *Motion to Supplement Record in Opposition to Motion to Modify Plan and for Allowance of Fees* (the "Motion").

PLEASE TAKE NOTICE THAT WITHIN 17 DAYS AFTER THE FILING OF THE MOTION you must file and serve a written objection to the motion, together with the proposed order required by Local Bankruptcy Rule 9072-1.

Any objection and proposed order must be filed with the Clerk of the Bankruptcy Clerk, U.S. Courthouse, 3rd and Constitution Ave., NW, Washington, DC, 20001, and service (by delivery or mailing of copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append legal memorandums, affidavits and documents in support of your objection. IF YOU FAIL TO FILE A TIMELY OBJECTION OR STATE INADEQUATE GROUNDS FOR DENIAL, THE MOTION MAY BE GRANTED BY THE COURT WITHOUT A HEARING. The Court may grant the motion without a hearing if the objection filed states inadequate grounds for denial.

---

[1] Amended to Fix Caption

Dated: May 28, 2019

Respectfully submitted,

/s/ Janet M. Nesse
Janet M. Nesse, Esq.
Justin P. Fasano
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770
(301) 441-2420: Telephone
jnesse@mhawley
jfasano@mhlawyers.com
*Attorneys for Creditors*

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2019, a true and correct copy of the foregoing was served by CM/ECF upon all parties receiving notice thereby.

/s/ Justin P. Fasano
Justin P. Fasano